DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 454P12 | Reinaldo Olavarria v. Wake County District Attorney(s): Rusty Jacobs, District Attorney; Howard J. Cummings, First Assistant District Attorney; April Flythe, District Attorney | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied **11/1/12** |
|---|---|---|---|
| 455P12 | State v. Darryl Allen | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-189) | Denied |
| 456P12 | Bertha Turner, Administrator for the Estate of Clinton Harmon v. North Carolina Department of Transportation and Karia Hawkins, Administrator for the Estate of Damien S. Hawkins v. North Carolina Department of Transportation | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-1514) | Denied |
| 457P12 | Wade Bryan Bulloch v. North Carolina Department of Crime Control & Public Safety; North Carolina Highway Patrol | 1. Respondents' PDR Under N.C.G.S. § 7A-31 (COA12-115)<br><br>2. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 458P12 | State v. Michael O'Neil Holman | Def's *Pro Se* Motion for State's Discovery | Denied<br><br>**Jackson, J., Recused** |
| 459P12 | State v. Dominique V. Gray | 1. Def's *Pro Se* Motion for PDR (COAP12-858)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |